UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY MESIANO, | Case No. 09cv1046-MMA (BLM) |
| Plaintiff, | **ORDER GRATING APPLICATION FOR TELEPHONIC APPEARANCE** |
| v. | |
| ERICA L. BRACHFELD, THE LAW OFFICES OF BRACHFELD & ASSOCIATES, P.C., | [Doc. No. 8] |
| Defendants. | |

An Early Neutral Evaluation ("ENE") in the above matter is scheduled for August 12, 2009. On August 4, 2009, Defendants filed an *ex parte* application requesting that their insurer's representative, David Afton, be permitted to appear telephonically at the ENE. Doc. No. 8. In support, Defendants submit declarations stating that Mr. Afton is injured and unable to travel from his home in Michigan, and that Plaintiff does not oppose the application. Id.

///

///

///

1  Good cause appearing, Defendant's application is **GRANTED**. Mr.
2 Afton may appear telephonically at the ENE.
3  **IT IS SO ORDERED.**

5 DATED: August 5, 2009

7  BARBARA L. MAJOR
    United States Magistrate Judge