Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Tiffany G. Jensen, Esq. (SBN: 256842)
tiffany@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY MESIANO<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ERICA L. BRACHFELD AND LAW OFFICES OF BRACHFELD & ASSOCIATES, PC<br><br>　　　　　　Defendants. | Case No.: 09 CV 1046 MMA BLM<br><br>**JOINT MOTION FOR LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br>HON. MICHAEL M. ANELLO<br><br>FILED: MAY 13, 2009<br>TRIAL DATE: OCTOBER 12, 2010 |

//
//
//
//
//
//
//

Plaintiff, Mercy Mesiano, and Defendants, Erica L. Brachfeld and Erica L. Brachfeld, A.P.C., hereby submit this Joint Motion allowing Plaintiff leave to file her First Amended Complaint.

The parties agree that Defendants Erica L. Brachfeld and Erica L. Brachfeld, A.P.C. are not required to file amended answers in response to Plaintiff's First Amended Complaint. Defendants Erica L. Brachfeld and Erica L. Brachfeld, A.P.C.'s answers already on file with the court will be deemed answers to Plaintiff's First Amended Complaint. If either Defendant so chooses, they may file an amended answer within 10 days of Plaintiff's filing of the First Amended Complaint, although an amended answer is not required.

Respectfully submitted,

Date: January 19, 2010                **Hyde & Swigart**

s/ Joshua B. Swigart
Joshua B. Swigart
Attorneys for the Plaintiff
Mercy Mesiano

Date: January 19, 2010                **Carlson & Messer, LLP**

s/ Michael P. Lavigne
Charles R. Messer
Michael P. Lavigne
Attorneys for the Defendants,
Erica L. Brachfeld and
Erica L. Brachfeld, A.P.C.