Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Tiffany G. Jensen, Esq. (SBN: 256842)
tiffany@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY MESIANO<br><br>                    Plaintiff,<br>v.<br><br>ERICA L. BRACHFELD AND LAW OFFICES OF BRACHFELD & ASSOCIATES, PC<br><br>                    Defendants. | Case No.: 09 CV 1046 MMA BLM<br><br>**ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br>[Doc. No. 22]<br><br>**DENYING PLAINTIFF'S PRIOR MOTION AS MOOT**<br><br>[Doc. No. 21] |

//
//
//
//
//
//
//

Based upon the parties' Joint Motion For Leave For Plaintiff To File A First Amended Complaint [Doc. No. 22], and good cause appearing, this Court **GRANTS** the motion and hereby **ORDERS**:

1. Leave for Plaintiff to file the First Amended Complaint that was previously lodged with the court in connection with the Plaintiff's Motion for Leave to File a First Amended Complaint;
2. If either Defendant so chooses, they may file an amended answer within 10 days of this order, although an amended answer is not required;
3. Otherwise, Defendants' answers filed on July 7, 2009 shall be deemed responsive to Plaintiff's First Amended Complaint.
4. Plaintiff's Motion for Leave to File a First Amended Complaint [Doc. No. 21] is hereby denied as moot.

**IT IS SO ORDERED.**

Dated: January 19, 2010

HON. MICHAEL M. ANELLO
U.S. DISTRICT JUDGE