Issa K. Moe, Bar No. 254998
MoeI@moss-barnett.com
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
612.877.5399/FAX 612.877.5016

Christopher D. Holt, Bar No. 228399
cholt@klinedinstlaw.com
KLINEDINST PC
5 Hutton Centre Dr Ste 1000
Santa Ana, CA 92707
714.542-1800/FAX 714.542-3592

Attorneys for Defendants
LVNV FUNDING, LLC and RESURGENT
CAPITAL SERVICES, LP

MOSS & BARNETT, P.A.
4800 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNESOTA, MINNESOTA 55402

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCY MESIANO,<br><br>Plaintiff,<br><br>v.<br><br>ERICA L. BRACHFELD AND LAW OFFICES OF BRACHFELD & ASSOCIATES, PC; LVNV FUNDING LLC; NCO FINANCIAL SYSTEMS, INC.; AND RESURGENT CAPITAL SERVICES, L.P.,<br><br>Defendants. | Case No: 09 CV 1046 MMA BLM<br><br>JOINT MOTION TO (I) EXTEND DISCOVERY CUT-OFF DATE; (II) CONTINUE MANDATORY SETTLEMENT CONFERENCE; AND (III) EXTEND PRETRIAL MOTION FILING DEADLINE<br><br>Discovery Cut-Off Date:     April 12, 2010<br>Settlement Conference Date: April 26, 2010<br>Pretrial Motion Deadline:     May 17, 2010 |

Plaintiff Mercy Mesiano ("Plaintiff"), Defendant LVNV Funding, LLC ("LVNV"), Defendant Resurgent Capital Services, LP ("Resurgent"), Defendant NCO Financial Systems, Inc. ("NCO"), Defendant Erica L. Brachfeld ("Ms. Brachfeld"), and Defendant Erica L. Brachfeld, A.P.C. ("Brachfeld APC")

1559684v1

(collectively, the "Movants") hereby move this Court for an Order (i) extending the April 12, 2010, deadline to complete discovery by ninety (90) days; (ii) continuing the Mandatory Settlement Conference scheduled for April 26, 2010, at 1:30 p.m. to a date in early July 2010; and (iii) extending the May 17, 2010, deadline for filing pretrial motions by ninety (90) days.

The Movants agree that good cause exists to grant the relief requested in this Joint Motion. Defendants LVNV, Resurgent, and NCO were just recently added as parties to this lawsuit pursuant to the First Amended Complaint for Damages filed by Plaintiff on January 20, 2010. The newly-added parties are working diligently to complete discovery as expeditiously as possible. However, it will be extremely difficult to do so prior to the April 12, 2010, deadline. As a result, the Movants request a ninety (90) day extension to the discovery cut-off date. The Movants also request a corresponding ninety (90) day extension to the pretrial motion filing deadline. The requested extensions will afford the newly-added parties time to more fully investigate the facts of the case and analyze the merits of the claims asserted against them prior to filing dispositive motions, if any, and will allow the Court to preserve the chronology established in its September 11, 2009, Case Management Conference Order.

In addition, the Movants believe it will be very difficult for the newly-added parties to meaningfully participate in the Mandatory Settlement Conference prior to completing discovery. As a result, the Movants request an extension to the

MOSS & BARNETT, P.A.
4800 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
Minneapolis, Minnesota 55402

1559684v1

Mandatory Settlement Conference scheduled for April 26, 2010, at 1:30 p.m. in the chambers of the United States Magistrate Judge Barbara L. Major, Courtroom 5, 940 Front Street, San Diego, California.  The Movants anticipate that a settlement conference with the participation of all interested parties could take place by early July 2010.

The Movants have agreed to the extensions discussed above.  The Movants, therefore, request that this Court enter an Order:

1.  Extending the April 12, 2010, deadline for completing discovery by ninety (90) days so that the new deadline will be on or about July 12, 2010;

2.  Continuing the Mandatory Settlement Conference scheduled for April 26, 2010, at 1:30 p.m. to a date in early July 2010;

3.  Continuing the May 17, 2010, deadline for filing pretrial motions by ninety (90) days so that the new deadline will be on or about August 16, 2010; and

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**JOINT MOTION TO (I) EXTEND DISCOVERY CUT-OFF DATE; (II) CONTINUE MANDATORY SETTLEMENT CONFERENCE; AND (III) EXTEND PRETRIAL MOTION FILING DEADLINE**
CASE NO.: 09 CV 1046 MMA BLM

MOSS & BARNETT, P.A.
4800 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
Minneapolis, Minnesota 55402

1559684v1

4.    Granting such other and further relief as the Court deems just and proper.

MOSS & BARNETT, P.A.

Dated: March 15, 2010          By:  /s/ Issa K. Moe
                                    ISSA K. MOE
                                    Attorneys for Defendants
                                    LVNV FUNDING, LLC and
                                    RESURGENT CAPITAL SERVICES,
                                    LP

HYDE & SWIGART

Dated: March 15, 2010          By:  /s/ Joshua B. Swigart
                                    JOSHUA B. SWIGART
                                    Attorneys for Plaintiff
                                    MERCY MESIANO

SESSIONS FISHMAN NATHAN &
ISRAEL LLP

Dated: March 15, 2010          By:  /s/ Sondra R. Levine
                                    SONDRA R. LEVINE
                                    Attorneys for Defendant
                                    NCO FINANCIAL SYSTEMS, INC.

CARLSON & MESSER LLP

Dated: March 15, 2010          By:  /s/ Michael P. Lavigne
                                    MICHAEL P. LAVIGNE
                                    Attorneys for Defendants
                                    ERICA L. BRACHFELD and ERICA
                                    L. BRACHFELD, A.P.C.

MOSS & BARNETT, P.A.
4800 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
Minneapolis, Minnesota 55402

1559684v1

- 4 -

1  Issa K. Moe, Bar No. 254998
   MoeI@moss-barnett.com
2  MOSS & BARNETT, P.A.
   4800 Wells Fargo Center
3  90 South Seventh Street
   Minneapolis, Minnesota 55402
4  612.877.5399/FAX 612.877.5016

5  Christopher D. Holt, Bar No. 558399
   Cholt@klinedinstlaw.com
6  KLINEDINST PC
   5 Hutton Centre Drive, Suite 1000
7  Santa Ana, California 92707
   (714) 542-1800/FAX (714) 542-3592

8
9  Attorneys for Defendant
   LVNV FUNDING, LLC and
10 RESURGENT CAPITAL SERVICES, LP

11              UNITED STATES DISTRICT COURT

12              SOUTHERN OF CALIFORNIA

13

14 MERCY MESIANO,                    Case No: 09 CV 1046 MMA BLM

15          Plaintiff,               **CERTIFICATE OF SERVICE**

16      v.                           Courtroom:      5 (3rd Floor)
                                      Judge:          Michael M. Anello
17 ERICA BRACHFELD AND LAW           Magistrate Judge: Barbara Lynn Major
   OFFICES OF BRACHFELD &            Complaint Filed: May 13, 2009
18 ASSOCIATES, PC; LVNV              Trial Date:      October 12, 2010
   FUNDING LLC; NCO
19 FINANCIAL SYSTEMS, INC.;
   AND RESURGENT CAPITAL
20 SERVICES, L.P.,

21          Defendant.

22
23
24
25
26
27

1565051v1 28

- 1 -

MOSS & BARNETT, P.A.
4800 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402

1

## CERTIFICATE OF SERVICE

2   STATE OF MINNESOTA          )
                                )
3   COUNTY OF HENNEPIN          )

4       I declare that:

5       I am and was at the time of service of the papers herein, over the age of
    eighteen (18) years and am not a party to the action.  I am employed in the County
6   of Hennepin, Minnesota, and my business address is 4800 Wells Fargo Center, 90
    South 7th Street, Minneapolis, Minnesota 55402.

7       On **March 15, 2010**, I caused to be served the following documents:

8           **JOINT MOTION TO (I) EXTEND DISCOVERY CUT-OFF**
            **DATE; (II) CONTINUE MANDATORY SETTLEMENT**
9           **CONFERENCE; AND (III) EXTEND PRETRIAL MOTION**
            **FILING DEADLINE**

10  ☐   **BY REGULAR MAIL:** I caused such envelopes to be deposited in the
11      United States mail, at Minneapolis, Minnesota, with postage thereon fully
        prepaid, individually, addressed to the parties as indicated.  I am readily
12      familiar with the firm's practice of collection and processing
        correspondence in mailing.  It is deposited with the United States postal
13      service each day and that practice was followed in the ordinary course of
        business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)
14
15  ☐   **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by
        Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate
16      of Service.

17  ☐   **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing
        document(s) to be transmitted (by facsimile # ) to each of the parties
18      mentioned above at the facsimile machine and as last given by that person
        on any document which he or she has filed in this action and served upon
19      this office.

20  ☒   **BY ELECTRONIC FILING SERVICE:** By electronically filing the
        foregoing document(s) using the CM/ECF system. Service of an
21      electronically filed document upon a CM/ECF User who has consented to
        electronic service is deemed complete upon the transmission of the Notice
22      of Electronic Filing ("NEF").  The NEF will be maintained with the original
        document(s) in our office.

23  ☐   **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving
24      the documents, in an envelope or package clearly labeled to identify the
        person being served, to be personally served via Metro Legal Services on
25      the parties listed on the service list below at their designated business
        address.

26      ☐   By personally delivering the copies;

27      ☐   By leaving the copies at the attorney's office;

28

1565051v1

- 2 -

MOSS & BARNETT, P.A.
4800 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402

☐ With a receptionist, or with a person having charge thereof; or

☐ In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Minneapolis, Minnesota, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 15, 2010, at Minneapolis, Minnesota.


/s/ **Issa K. Moe**
Issa K. Moe

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

1565051v1

- 3 -

1

2

3

Service List
MERCY MESIANO V. ERICA L. BRACHFELD AND LAW OFFICES OF
BRACHFELD & ASSOCIATES, PC; LVNV FUNDING LLC; NCO
FINANCIAL SYSTEMS, INC.; AND RESURGENT CAPITAL SERVICES, L.P.

| | |
|---|---|
| **Joshua Swigart**<br>Hyde and Swigart<br>411 Camino Del Rio South<br>Suite 301<br>San Diego, CA 92108 | T: (619) 233-7770<br>F: (619) 62297-1022<br><br>Attorneys for Plaintiffs<br>MERCY MESIANO |
| **David J. Kaminski**<br>**Michael P. Lavigne**<br>Carlson and Messer<br>5959 West Century Blvd<br>Suite 1214<br>Los Angeles, CA 90045 | T: (310) 242-2200<br>F: (310) 242-2222<br><br>Attorneys for Defendants<br>ERICA L. BRACHFELD and LAW<br>OFFICES OF BRACHFELD &<br>ASSOCIATES, PC |
| **Christopher D. Holt**<br>KLINEDINST PC<br>5 Hutton Centre Drive, Suite 1000<br>Santa Ana, California 92707 | T: (714) 542-1800<br>F: (714) 542-3592<br><br>Attorneys for Defendants<br>RESURGENT CAPITAL SERVICES,<br>L.P. and LVNV FUNDING, LLC |

Moss & Barnett, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

1565051v1

- 4 -

**CERTIFICATE OF SERVICE**
CASE NO.: 09 CV 1046 MMA BLM