1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MERCY MESIANO, | CASE NO. 09 CV 1046 MMA (BLM) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| ERICA L. BRACHFELD AND LAW OFFICES OF BRACHFELD & ASSOCIATES, P.C., | [Doc. No. 41] |
| Defendants. | |

On July 21, 2010, Plaintiff Mercy Mesiano and Defendants Erica L. Brachfeld and Erica L. Brachfeld, A.P.C. (erroneously sued as Law Offices of Brachfeld & Associates, P.C.) submitted a Joint Motion pursuant to Federal Rule of Civil Procedure 41(a)(1), requesting the Court dismiss the above-captioned action, with prejudice. [Doc. No. 41].  The Joint Motion further requested each party bear its own costs and expenses.  Having considered the parties' Joint Motion, and good cause appearing therefore, the Court hereby **GRANTS** the Joint Motion.  Accordingly,

/ / /

/ / /

1 **IT IS HEREBY ORDERED** that Plaintiff's action against Defendants is dismissed with
2 prejudice, and each party shall bear its own costs and expenses.  The Clerk of Court is hereby
3 instructed to terminate this case.

4 **IT IS SO ORDERED.**

6 DATED:  July 21, 2010

*[signature]*

Hon. Michael M. Anello
United States District Judge